■ MARY M. CLARK, an Infant, by MARY K. CLARK, Her Guardian ad Litem, Plaintiff, v. GEORGE DE RUE et al., Defendants..— Appeal dismissed, without costs upon stipulation.

■ JOHN W. CLARK, Appellant, v. GEORGE DE RUE et al., Defendants.— Appeal dismissed, without costs upon stipulation.

■ MYRTLE BENTON, Respondent, v. FREDERICK BENTON, Appellant.— Motion granted and appeal dismissed, without costs.

■ DAVID MAYDOLE TOOL CORP. et al., Appellants, v. RAYMOND M. HANYAN Co., INC., et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■ ELMER G. DUQUIN et al., Appellants, v. WRIGHT McCORMICK, Defendant, and ANTHONY PERDICAS, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■ GEORGE BARNES, Appellant, v. WALTER E. WALSER, Respondent. GEORGE BARNES, Appellant, v. FRED WARE, Defendant.— Motion granted and appeal dismissed, with $10 motion costs.

■ SOLOMON TUBBS, Respondent, v. JOHN L. BONI, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. COLUMBUS GREEN, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MORGAN, JR., Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM PRINCE, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM STONE, Appellant.—Motion granted and appeal dismissed.

■ ANN M. NIEMIEC, Plaintiff, v. BARTH A. NIEMIEC, Defendant.— Motion granted and appeal dismissed, with $10 motion costs.

■ In the Matter of HOWARD F. MAURER, Respondent, against CITY OF NORTH TONAWANDA et al., Appellants.— Motion to dismiss appeal for failure to prosecute granted, with $10 motion costs.

■ HAZEL E. FRASER, Respondent, v. DONALD S. FRASER, Appellant.— Motion for a stay denied.

■ HARRY J. JOYNER, Appellant, v. MARIE M. CRANSTON et al., Respondents. — Motion to hear motion to dismiss granted, and upon hearing, motion to dismiss granted, without costs.

■ ROSE CAMIOLA, Appellant, v. WINDSOR D. IRELAND, Respondent.— Motion to dismiss appeal granted, without costs, on the ground that the judgment appealed from has been satisfied.

■ In the Matter of LAFAYETTE KENNEDY, Appellant, against SENECA NATION OF INDIANS, Respondent.— Motion for a stay denied.